IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PAUL D. BRUNER,**

   **Plaintiff,**

**v.**                  **No. CV 13-0158 LAM**

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social**
**Security Administration,**

   **Defendant.**

## ORDER GRANTING MOTION TO WITHDRAW

  **THIS MATTER** is before the Court on Plaintiff's counsel's *Motion to Withdraw (Doc. 18)*, filed July 8, 2013. Plaintiff's counsel, the Martone Law Firm, P.A., state that they have "lost contact" with Plaintiff, and that their last contact with Plaintiff was February 19, 2013. They state that they are unable to discuss the merits of the case with Plaintiff and are, therefore, unable to proceed with the briefing of the case. Having reviewed the motion, record of this case, and relevant law, the Court finds that the motion is well-taken and should be **GRANTED**.

  The local rules of the United States District Court of the District of New Mexico impose requirements upon those attorneys wishing to withdraw an appearance. With regard to "contested" motions to withdraw, the local rules require that such motions must be filed and served on each party, including the client, and must give notice that objections must be filed and served within fourteen (14) days from the date of service of the motion to withdraw, and that failure to object constitutes consent to grant the motion. D.N.M. LR-Civ. 83.8(b). The Court finds that the instant motion to withdraw complies with this rule. Because it has been fourteen (14) days since the motion

to withdraw has been filed and served, the Court will grant the motion and will consider Plaintiff as proceeding *pro se*.  As such, the Court will mail all documents filed in this case, including this Order, to Plaintiff's last known address as provided in Document 18, and Plaintiff is reminded that he has a continuing duty to notify the Clerk, in writing, of any change in his mailing address and phone number.  *See* D.N.M. LR-Civ. 83.6.  In addition, the Court will extend Plaintiff's deadline for his Motion to Reverse or Remand by two weeks to give him adequate time to prepare the motion and supporting memorandum of law.

**IT IS THEREFORE ORDERED** that Plaintiff's counsel's *Motion to Withdraw (Doc. 18)* is **GRANTED**, and Plaintiff will be considered as proceeding *pro se* in this case.

**IT IS FURTHER ORDERED** that Plaintiff shall file and serve a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum of law **on or before August 13, 2013**.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**